1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   ADELMISE ROSEMÉ WARNER, State Bar #215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
6  Telephone:   (415) 554-3930
   Facsimile:   (415) 554-4248
7  E-Mail:      adelmise.warner@sfgov.org

8
   Attorneys for Defendant
9  CITY AND COUNTY OF SAN FRANCISCO,
   JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY,
10 MICHAEL ELLIS, PHILIP GINSBURG, and DORIS LANIER

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 | ALEX LUKOVSKY, MUHAMMED         | Case No. CV 05-00389 WHA
   | KHAN, LARRY MITCHELL, ANTONIO
15 | HUGGINS, SAMSON ASRAT,          | *E-FILING CASE*
   | ANATOLIY ZOLOTAREV,
16 | YEVEGENIY SKURATOVSKY, and      | [PROPOSED] ORDER GRANTING
   | VLADIMIR VASILEVSKI             | VERNON CRAWLEY LEAVE TO
17 | Individually and on behalf of Class | APPEAR AT SETTLEMENT
   | Members,                        | CONFERENCE BY TELEPHONE
18 |
   |        Plaintiffs,              | Date: October 6, 2005
19 |                                 | Time: 9:30 a.m.
   |    vs.                          | Courtroom: Courtroom A, 15th Floor
20 |
   | CITY AND COUNTY OF SAN          | Date Action Filed:
21 | FRANCISCO, SAN FRANCISCO        |   Original Complaint: January 26, 2005
   | MUNICIPAL TRANSPORTATION        |   FAC:                March 2, 2005
22 | AGENCY, JOHN SADORRA, RENATO    |   SAC:                May 19, 2005
   | SOLOMON, VERNON CRAWLEY,        |
23 | MICHAEL ELLIS, PHILIP GINSBURG, | Trial Date:           November 6, 2006
   | DORIS LANIER,
24 |
   |        Defendants.
25

26

27

28
   [PROPOSED] ORDER GRANTING CRAWLEY LEAVE                    n:\labor\li2005\051215\00328323.doc
   Case No. CV 05-00389 WHA

| | |
|---|---|
| 1 | Good cause having been shown, the Court HEREBY GRANTS Vernon Crawley's request to |
| 2 | appear at the October 6 Settlement Conference by telephone. |
| 3 | |
| 4 | IT IS SO ORDERED. |
| 5 | |
| 6 | DATED: August 29, 2005 |
| 7 | HON. JOSEPH C. SPERO<br>United States Magistrate Judge |

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

[PROPOSED] ORDER GRANTING CRAWLEY LEAVE        1        n:\labor\li2005\051215\00328323.doc
Case No. CV 05-00389 WHA