UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, ET AL.,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY AND COUNTY OF<br>SAN FRANCISCO, ET AL.,<br><br>Defendant(s). | No. C-05-0389 WHA (JCS)<br><br>**ORDER GRANTING DEFENDANT PHILIP GINSBURG'S REQUEST TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Defendant Philip Ginsburg's Request for Leave to Appear at the [October 6, 2005] Settlement Conference by Telephone (Docket No. 37) and Declaration in support of same (Docket No. 38), filed on September 21, 2005. Plaintiffs, through their counsel, Edith Benay, have no objection to Defendant Ginsburg's request.

Accordingly, the Court hereby GRANTS Defendant Philip Ginsburg's Request to appear telephonically at the Settlement Conference on October 6, 2005, at 9:30 a.m. Defendant must, however, make himself available for the duration of the conference.

IT IS SO ORDERED.

Dated: September 22, 2005

JOSEPH C. SPERO
United States Magistrate Judge