UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, ET AL., | No. C-05-0389 WHA (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| | (E-FILING CASE) |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **December 12, 2005, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  **Updated confidential settlement conference statements shall be lodged with the Court by December 6, 2005.**

**Plaintiffs must serve a demand in writing *addressing both monetary and non-monetary damages* no later than November 28, 2005, and Defendants must respond in writing no later December 5, 2005**.

Lead trial counsel shall appear at the Settlement Conference with the parties having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated:  November 9, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge