IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, YEVGENIY SKURATOVSKY, and VLADIMIR VASILEVSKI, individually and on behalf of class members,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY, MICHAEL ELLIS, PHILLIP GINSBURG, and DORIS LANIER,<br><br>    Defendants.<br>_____/ | No. C 05-00389 WHA<br><br>**ORDER DENYING CONTINUANCE** |

The parties have stipulated to and jointly requested a continuance of the deadline to file plaintiff's motion for class certification from December 8, 2005 to January 5, 2005. The Court does not find the pending settlement negotiations to be good cause. The request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 28, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE