IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, YEVGENIY SKURATOVSKY, and VLADIMIR VASILEVSKI, individually and on behalf of class members,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY, MICHAEL ELLIS, PHILLIP GINSBURG, and DORIS LANIER,<br><br>Defendants. | No. C 05-00389 WHA<br><br>**ORDER GRANTING DEFENDANT PHILIP GINSBURG'S REQUEST FOR LEAVE TO APPEAR AT THE SETTLEMENT CONFERENCE BY TELEPHONE** |

Defendant Philip Ginsburg requests leave to appear at the settlement conference, scheduled on December 12, 2005 at 9:30 a.m., by telephone. Finding good cause, the Court **GRANTS** his request. Ginsburg must, however, make himself available for the duration of the conference. Also, one of Ginsburg's senior managers must appear in person at the conference.

**IT IS SO ORDERED.**

Dated: December 7, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE