UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> CITY AND COUNTY OF <br> SAN FRANCISCO, ET AL., <br><br> Defendant(s). <br> _____/ | No. C-05-0389 WHA (JCS) <br><br> **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** <br><br> (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the next Further Settlement Conference is scheduled for **January 26, 2006, at 1:30 p.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. **Updated confidential settlement conference statements shall be lodged with Chambers on or before January 19, 2006.** Lead trial counsel shall appear at the Settlement Conference with the parties having unlimited authority to negotiate and settle the case. All parties must attend in person.

[If necessary, an additional Further Settlement Conference shall take place on **February 8, 2006, at 9:30 a.m.** Lead trial counsel and all parties are instructed to reserve this date.]

In addition, **Plaintiffs must serve a** *comprehensive settlement demand addressing all issues in the case* **no later than December 22, 2005. Defendants must serve a** *comprehensive offer addressing all issues in the case* **no later December 27, 2005**.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

1  IT IS SO ORDERED.

3  Dated: December 13, 2005

4  JOSEPH C. SPERO
United States Magistrate Judge