**United States District Court**
For the Northern District of California

1
2
3
4
5               UNITED STATES DISTRICT COURT
6               NORTHERN DISTRICT OF CALIFORNIA
7
8    ALEX LUKOVSKY, ET AL.,                    No. C-05-0389 WHA (JCS)
9            Plaintiff(s),
10        v.                                   **NOTICE AND ORDER VACATING
                                               FURTHER SETTLEMENT CONFERENCE**
11   CITY AND COUNTY OF                        **AND SETTING TELEPHONIC**
     SAN FRANCISCO, ET AL.,                    **SCHEDULING CONFERENCE**
12
13           Defendant(s).
     _____/
14   TO ALL PARTIES AND COUNSEL OF RECORD:
15       You are hereby notified that the Further Settlement Conference previously scheduled for
16   **January 26, 2006, at 1:30 p.m.**, has been VACATED.
17       A Telephonic Scheduling Conference, with counsel only, has been scheduled for **March 15,**
18   **2006, at 2:30 p.m.**, at which time a date for the next settlement conference will be selected.
19   Chambers staff will initiate the telephone contact.
20       The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this
21   case settles prior to the date set for the Further Settlement Conference.
22       IT IS SO ORDERED.
23
24   Dated: January 25, 2006
25                                             _____
                                               JOSEPH C. SPERO
26                                             United States Magistrate Judge
27
28