IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, YEVGENIY SKURATOVSKY, and VLADIMIR VASILEVSKI, individually and on behalf of class members,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY, MICHAEL ELLIS, PHILLIP GINSBURG, and DORIS LANIER,<br><br>Defendants. | No. C 05-00389 WHA<br><br>**ORDER APPROVING PLAINTIFFS' FORM NOTIFICATION LETTER** |

Pursuant to the Court's January 17, 2006 order denying class certification, plaintiffs provide a form letter to notify individuals who applied to become electrical-transit-system mechanics with the San Francisco Municipal Transportation Agency in 2000 of this pending litigation alleging racial discrimination during the hiring process for such mechanics. Having found plaintiffs' notification letter adequate to inform these applicants of their rights, this order **APPROVES** the form letter. Plaintiffs' counsel is instructed to mail the letter to all implicated applicants by no later than **FEBRUARY 3, 2006**.

**IT IS SO ORDERED.**

Dated: January 31, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE