United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, ET AL., | No. C-05-0389 WHA (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT AND TELEPHONE CONFERENCES** |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendant(s). | (E-FILING CASE) |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court has scheduled the following conferences in this matter:

1. **Telephone Conference –** with counsel only, on **May 16, 2006, at 2:30 p.m.** Chambers staff will initiate telephone contact.

2. **Further Settlement Conference –** on **October 16, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Updated confidential Settlement Conference Statements shall be lodged with Chambers **on or before October 10, 2006**. Lead trial counsel shall appear at the conference with the parties who have unlimited authority to negotiate and settle the case. All parties must attend *in person*. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: March 17, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge