United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, ET AL., | No. C-05-0389 WHA (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference has been scheduled for **August 8, 2006, at 11:00 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. [The Further Settlement Conference previously scheduled for **October 16, 2006, at 9:30 a.m.**, also remains on calendar.]

**Updated confidential Settlement Conference Statements shall be lodged with Chambers on or before August 1, 2006.** Lead trial counsel shall appear at the conference with the parties having unlimited authority to negotiate and settle the case. All parties must attend in person.

The parties are directed to notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's July 25, 2005 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: May 16, 2006

JOSEPH C. SPERO
United States Magistrate Judge