1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   ERIK A. RAPOPORT, State Bar #187059
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3950
   Facsimile:    (415) 554-4248

7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  JOHN SADORRA, RENATO SOLOMON, VERNON CROWLEY,
   MICHAEL ELLIS, PHILIP GINSBURG, and DORIS LANIER

10

11
                       UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13

14 | ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, YEVEGENIY SKURATOVSKY, and VLADIMIR VASILEVSKI Individually and on behalf of Class Members, | Case No. CV 05-00389 WHA
   |   | *E-FILING CASE*
   |   | **STIPULATION AND ~~PROPOSED~~ ORDER RE HEALTHCARE PROVIDERS**

18         Plaintiffs,

19      vs.

20 CITY AND COUNTY OF SAN
   FRANCISCO, SAN FRANCISCO
21 MUNICIPAL TRANSPORTATION
   AGENCY, JOHN SADORRA, RENATO
22 SOLOMON, VERNON CROWLEY,
   MICHAEL ELLIS, PHILIP GINSBURG,
23 DORIS LANIER,

24         Defendants.

25

26

27

28

STIP & PROPOSED ORDER RE HEALTHCARE          n:\labor\li2005\051215\00381783.doc
PROVIDERS -- Case No. CV 05-00389 WHA

1  IT IS HEREBY STIPULATED, by and among the parties through their respective counsel as follows:

2  1. The parties agree that neither Plaintiff ZOLOTAREV nor SKURATOVSKY will call an expert doctor, healthcare provider or treating physician at trial; that Plaintiffs agree not to testify at trial about any healthcare treatment they sought or received; that the City will not depose Plaintiffs regarding their healthcare treatment; and that neither party will comment at trial about whether Plaintiffs sought or received healthcare treatment for their alleged injuries (emotional or physical) or regarding the nature and extent of any such treatment.

3  2. The parties further agree that Plaintiffs LUKOVSKY, KHAN, MITCHELL, HUGGINS and ASRAT will identify the healthcare facility from which they received their healthcare and/or private healthcare providers, without identifying specific physical or mental conditions for which they have sought treatment by June 15, 2006. Plaintiffs will not object to subpoenas Defendants may serve on Plaintiffs' healthcare providers with the agreement that medical records received from healthcare providers will be treated as confidential, for attorney's, expert's and retained consultant's eyes only, and will not be admissible at trial without a stipulation between the parties or an order from the court.

4  3. The parties further agree that Plaintiff SKURATOVSKY will provide supplemental responses to City Interrogatories Nos. 10-13 no later than June 15, 2006.

**SO STIPULATED:**

Dated: June 14, 2006

_____
EDITH BENAY

Attorney for Plaintiffs,
ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, YEVEGENIY SKURATOVSKY, and VLADIMIR VASILEVSKI

Dated: June 14, 2006

                        DENNIS J. HERRERA
                        City Attorney
                        ELIZABETH S. SALVESON
                        Chief Labor Attorney
                        JONATHAN C. ROLNICK
                        ERIK A. RAPOPORT
                        Deputy City Attorneys

                    By: _s/Erik A. Rapoport_____
                        ERIK A. RAPOPORT

                        Attorneys for Defendants,
                        CITY AND COUNTY OF SAN FRANCISCO,
                        JOHN SADORRA, RENATO SOLOMON, VERNON
                        CROWLEY, MICHAEL ELLIS, PHILIP GINSBURG,
                        and DORIS LANIER

**IT IS SO ORDERED**;

**IT IS FURTHER ORDERED THAT** the June 16, 2006 hearing is taken off calandar and that Plaintiffs do not need to file a response letter by June 15.

DATED:    June 15, 2006                _____
                                                    HON. WILLIAM H. ALSUP
                                                    United States District Court Judge

[Stamp: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]