1  Edith J. Benay, S.B.N. 98747
   Law Office of Edith J. Benay
2  345 Franklin Street
   San Francisco, CA 94102
3  Telephone:  (415) 241-7286
   Facsimile:  (415) 252-8048
4
   Geri Lynn Green S.B.N. 127709
5  LAW OFFICES OF GERI LYNN GREEN
   5214-F Diamond Hts. Blvd. #332
6  San Francisco CA 94131-2175
   Telephone: (415) 575-3235
7  Facsimile:  (415) 648-7648
   E-mail: gerigreen@earthlink.net
8
   Attorney for Plaintiffs

9

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14

15  ALEX LUKOVSKY, MUHAMMED ) Case No. CV 05-00389 WHA
    KHAN, LARRY MITCHELL, ) E-FILING CASE
    ANTONIO HUGGINS, SAMSON ASRAT, )
16  ANATOLIY ZOLOTAREV, )
    YEVGENIY SKURATOVSKY, and )
17  VLADIMIR VASILEVSKI )
    Individually and on behalf ) STIPULATION AND
18  of Class Members ) [PROPOSED] ORDER
                                       ) REGARDING THE
19                                     ) DISMISSAL OF CLAIMS OF
                                       ) VLADIMIR VASILEVSKI
20      Plaintiffs, )
                                       )
21      v. )
    CITY AND COUNTY OF SAN )
22  FRANCISCO,  JOHN SADORRA, )
    RENATO SOLOMON, VERNON )
23  CRAWLEY, MICHAEL ELLIS, PHILIP )
    GINSBURG, DORIS LANIER )
24                                     )
        Defendants )
25                                     )
                                       )
26  _____ )

27  STIPULATION RE DISMISSAL OF
    CLAIMS OF VLADIMIR VASILEVSKI
28  CASE NO. CV 05-00389 WHA

Pursuant to Local Rule 7-11, the parties stipulate to the following:

1. Plaintiff VLADIMIR VASILEVSKI and defendants, by and through their respective attorneys of record, agree to the following:

The parties stipulate to the dismissal under Federal Rules of Civil Procedure Rule 41(a)(1)(ii), of all claims brought by plaintiff VLADIMIR VASILEVESKI against the defendants and each of them.

The dismissal of VASILEVSKI's claims is with prejudice to the claims currently pending before this district court in the instant action only.

The parties agree that they will bear their own costs as to the claims concerning VASILEVSKI.

Dated: 6/05/06

EDITH J. BENAY
Attorney for Plaintiffs

Dated: 6/1/06

JONATHAN C. ROLNICK
Attorney for Defendants

June 15, 2006

IT IS SO ORDERED
Judge William Alsup

United States District Court Judge

STIPULATION RE DISMISSAL OF
CLAIMS OF VLADIMIR VASILEVSKI
CASE NO. CV 05-00389            1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, YEVGENIY SKURATOVSKY, and VLADIMIR VASILEVSKI Individually and on behalf of Class Members<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY, MICHAEL ELLIS, PHILIP GINSBURG, DORIS LANIER<br><br>Defendants | **Case No. CV 05-00389 WHA**<br>**E-FILING CASE**<br><br><br>**[PROPOSED] ORDER REGARDING THE DISMISSAL OF CLAIMS OF VLADIMIR VASILEVSKI** |

[PROPOSED] ORDER RE DISMISSAL OF
CLAIMS OF VLADIMIR VASILEVSKI
CASE NO. CV 05-00389 WHA