IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, and YEVGENIY SKURATOVSKY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY, MICHAEL ELLIS, and DORIS LANIER,<br><br>Defendants.<br>_____/ | No. C 05-00389 WHA<br><br>**ORDER APPROVING DEPOSITION SCHEDULE AND DENYING IN PART REQUEST FOR EXTENSION OF EXPERT DISCOVERY CUTOFF** |

This order approves the parties' stipulated deposition schedule. This order, however, denies the parties' stipulated request for an extension of over two months to complete expert discovery. The parties should have been more diligent in seeking to complete expert discovery by the August 4 deadline. This order, nevertheless, allows the parties a more reasonable extension of three weeks — until **AUGUST 21, 2006** — to complete expert discovery. *No further extensions will be granted*.

**IT IS SO ORDERED.**

Dated: July 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE