IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, and YEVGENIY SKURATOVSKY,<br><br>Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY, MICHAEL ELLIS, and DORIS LANIER,<br><br>Defendants.<br>                                                                  / | No. C 05-00389 WHA<br><br>**DISCOVERY ORDER** |

Pursuant to today's discovery conference, this order rules as follows:

1. The further deposition of plaintiff Muhammed Khan will occur in two further sessions: 8:00 a.m. to 12:00 p.m. on August 9, 2006; and 8:00 a.m. to 12:00 p.m. on August 10, 2006. There will be permitted only one 10-minute break per deposition session.

2. The further deposition of Samson Asrat will occur from 8:00 a.m to 5:00 p.m. on August 7, 2006. There will be permitted a one-hour break for lunch and three 10-minute breaks during the deposition.

3. Plaintiffs' counsel Benay declared on the record that plaintiff Lukovsky does not have the requested telephone records from 2003. Serious consequences will result if plaintiffs suddenly have these records at trial.

4. Defendants' request for further verification of interrogatory 7 is denied.

5. Plaintiffs are required to provide verifications of their answers to interrogatories 14 and 15 by noon on July 25, 2006.

6. The parties are deemed to have resolved their dispute with respect to plaintiff Khan's supplemental response to interrogatories 3 and 4.

7. The parties are deemed to have resolved their dispute with respect to plaintiff Asrat's supplemental response to interrogatory 6.

8. Defendants are required to file their motion for summary judgment by no later than August 24, 2006. The motion is to be noticed on a regular 35-day track. No extra pages or extra time is allowed for either side.

**IT IS SO ORDERED.**

Dated: July 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE