1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   ERIK A. RAPOPORT, State Bar #187059
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3950
   Facsimile:    (415) 554-4248
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY,
   MICHAEL ELLIS and DORIS LANIER
10

11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13

| ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, YEVEGENIY SKURATOVSKY, and VLADIMIR VASILEVSKI Individually and on behalf of Class Members, | Case No. CV 05-00389 WHA |
|---|---|
| Plaintiffs, | *E-FILING CASE* |
| vs. | **STIPULATION AND** ~~PROPOSED~~ **ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT PHILIP GINSBURG** |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY, MICHAEL ELLIS, PHILIP GINSBURG, DORIS LANIER, | |
| Defendants. | |

STIP RE DIMISSAL OF DEF. GINSBURG –
Case No. CV 05-00389 WHA

n:\labor\li2005\051215\00393179.doc

1   IT IS HEREBY STIPULATED, by and among the Parties through their respective counsel that all
2 of Plaintiffs' claims against the Defendant Philip Ginsburg in the above-captioned action be and
3 hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). This
4 stipulation confirms the earlier agreement among the parties to dismiss claims against Ginsburg as
5 reflected in the notice of voluntary dismissal filed by Plaintiffs on January 10, 2006 (See Document
6 No. 82 on the Court's docket)

7   **SO STIPULATED.**

8 Dated: August 9, 2006

9
10   EDITH BENAY
11   Attorney for Plaintiffs,
  ALEX LUKOVSKY, MUHAMMED KHAN, LARRY
12   MITCHELL, ANTONIO HUGGINS, SAMSON
  ASRAT, ANATOLIY ZOLOTAREV, and
13   YEVEGENIY SKURATOVSKY

14 Dated: August 9, 2006

15   DENNIS J. HERRERA
  City Attorney
16   ELIZABETH S. SALVESON
  Chief Labor Attorney
17   JONATHAN C. ROLNICK
  ERIK A. RAPOPORT
18   Deputy City Attorneys

19
20   By: _s/Jonathan Rolnick_
      JONATHAN ROLNICK
21
  Attorneys for Defendants,
22   CITY AND COUNTY OF SAN FRANCISCO,
  JOHN SADORRA, RENATO SOLOMON, VERNON
23   CRAWLEY, MICHAEL ELLIS and DORIS LANIER

24 ///
25 ///
26 ///
27 ///
28 ///

STIP RE DIMISSAL OF DEF. GINSBURG –         1         n:\labor\li2005\051215\00393179.doc
Case No. CV 05-00389 WHA

1  ///
2  ///

## ORDER

**IT IS HEREBY ORDERED THAT** all of Plaintiffs' claims against Defendant Philip Ginsburg are dismissed with prejudice.

DATED:  August 14, 2006

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

*IT IS SO ORDERED* — Judge William Alsup, United States District Court, Northern District of California