1    DENNIS J. HERRERA, State Bar #139669
     City Attorney
2    ELIZABETH S. SALVESON, State Bar #83788
     Chief Labor Attorney
3    JONATHAN C. ROLNICK, State Bar #151814
     ERIK A. RAPOPORT, State Bar #187059
4    Deputy City Attorneys
     Fox Plaza
5    1390 Market Street, Fifth Floor
     San Francisco, California 94102-5408
6    Telephone:    (415) 554-3950
     Facsimile:    (415) 554-4248
7

8    Attorneys for Defendants
     CITY AND COUNTY OF SAN FRANCISCO,
9    JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY,
     MICHAEL ELLIS and DORIS LANIER
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13
     ALEX LUKOVSKY, MUHAMMED              Case No. CV 05-00389 WHA
14   KHAN, LARRY MITCHELL, ANTONIO
     HUGGINS, SAMSON ASRAT,              *E-FILING CASE*
15   ANATOLIY ZOLOTAREV,
     YEVEGENIY SKURATOVSKY, and          **JUDGMENT**
16   VLADIMIR VASILEVSKI
     Individually and on behalf of Class
17   Members,

18                   Plaintiffs,

19          vs.

20   CITY AND COUNTY OF SAN
     FRANCISCO, SAN FRANCISCO
21   MUNICIPAL TRANSPORTATION
     AGENCY, JOHN SADORRA, RENATO
22   SOLOMON, VERNON CROWLEY,
     MICHAEL ELLIS, PHILIP GINSBURG,
23   DORIS LANIER,

24                   Defendants.

25

26

27

28

JUDGMENT –                                        n:\labor\li2005\051215\00393201.doc
Case No. CV 05-00389 WHA

1        This action was heard by the Court, the Honorable William Alsup, District Judge Presiding,

2    on Defendants' motion for summary judgment of claims brought by Plaintiffs Anatoliy Zolotarev and

3    Yevgeniy Skuratovsky, and the evidence presented having been fully considered, the issues having

4    been duly heard and a decision having been duly rendered by order dated July 17, 2006,

5        **IT IS ORDERED AND ADJUDGED** that Plaintiffs Anatoliy Zolotarev and Veygeniy

6    Skuratovsky take nothing, that the action be dismissed on the merits and that Defendants City and

7    County of San Francisco, John Sadorra, Renato Solomon, Vernon Crawley, Michael Ellis, and Doris

8    Lanier may recover their costs.

9

10   DATED:    August 14, 2006

                     HON. WILLIAM H. ALSUP

11                        United States District Court Judge

12

13

14   APPROVED AS TO FORM AND SUBSTANCE:

15   Dated: August 10, 2006

16

                     EDITH BENAY

17                        Attorney for Plaintiffs,

18                        ALEX LUKOVSKY, MUHAMMED KHAN, LARRY
                     MITCHELL, ANTONIO HUGGINS, SAMSON

19                        ASRAT, ANATOLIY ZOLOTAREV, and
                     YEVEGENIY SKURATOVSKY

20

21

22

23

24

25

26

27

28

JUDGMENT –
Case No. CV 05-00389 WHA

                1

n:\labor\li2005\051215\00393201.doc