1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
3 | JONATHAN C. ROLNICK, State Bar #151814
ERIK A. RAPOPORT, State Bar #187059
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
6 | Telephone: (415) 554-3950
Facsimile: (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY,
MICHAEL ELLIS and DORIS LANIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, YEVEGENIY SKURATOVSKY, and VLADIMIR VASILEVSKI Individually and on behalf of Class Members,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY, MICHAEL ELLIS, PHILIP GINSBURG, DORIS LANIER,<br><br>Defendants. | Case No. CV 05-00389 WHA<br><br>*E-FILING CASE*<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE THE CLAIMS OF PLAINTIFFS LUKOVSKY, KHAN, ASRAT, HUGGINS, AND MITCHELL** |

STIP RE DIMISSAL WITH PREJUDICE
Case No. CV 05-00389 WHA

n:\labor\li2005\051215\00400956.doc

**IT IS HEREBY STIPULATED**, by and among the parties through their respective counsel that all claims brought by Plaintiffs Alexander Lukvosky, Muhammed Khan, Samson Asrat, Larry Mitchell, and Antonio Huggins against the Defendants, or any of them, in the above-captioned action be and hereby are dismissed in their entirety and with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further request that the district court enter an order to that effect.

**SO STIPULATED.**

Dated: October 31, 2006

_____
EDITH BENAY
Attorney for Plaintiffs,
ALEX LUKOVSKY, MUHAMMED KHAN, LARRY MITCHELL, ANTONIO HUGGINS, SAMSON ASRAT, ANATOLIY ZOLOTAREV, and YEVEGENIY SKURATOVSKY

Dated: October 31, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN C. ROLNICK
ERIK A. RAPOPORT
Deputy City Attorneys

By: s/Jonathan Rolnick
     JONATHAN ROLNICK

Attorneys for Defendants,
CITY AND COUNTY OF SAN FRANCISCO, JOHN SADORRA, RENATO SOLOMON, VERNON CRAWLEY, MICHAEL ELLIS and DORIS LANIER

///
///
///
///
///
///

# ORDER

**IT IS HEREBY ORDERED THAT** all of the claims of Plaintiffs Alexander Lukvosky, Muhammed Khan, Samson Asrat, Larry Mitchell, and Antonio Huggins against the Defendants, or any of them, are dismissed in their entirety and with prejudice.

DATED: _November 6, 2006_

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*

STIP RE DIMISSAL WITH PREJUDICE
Case No. CV 05-00389 WHA

2

n:\labor\li2005\051215\00400956.doc